# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Tommy Pililimis

CASE NUMBER: 1:16-cv-01014

V.

ASSIGNED JUDGE: Lee

Northern Alliance Management, LLC

DESIGNATED MAGISTRATE JUDGE: Rowland

TO: (Name and address of Defendant)

Northern Alliance Management, LLC
c/o Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Meier, Esq.
Meier LLC
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

January 25, 2016

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 2/3/16 |
|---|---|
| NAME OF SERVER *(PRINT)* Lindsey Oldham | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Documents delivered to Northern Alliance Management, LLC at 327 Hillsborough St, Raleigh, NC 27603. Documents were left with Heather Hughes, Registered Agent who is authorized by law to accept on behalf of Northern Alliance Management, LLC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/3/16
Date

[signature]
*Signature of Server*

6747 Chauncey Dr, Raleigh, NC 27615
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.