UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Tommy Pililimis

                                   Plaintiff,

v.                                                               Case No.: 1:16–cv–01014
                                                                  Honorable John Z. Lee

Northern Alliance Management, LLC

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 10, 2016:

      MINUTE entry before the Honorable John Z. Lee: Status and motion hearing held on 3/10/16. Defendant is not present. Plaintiff reports that the parties have settled this case. Plaintiff's motion for entry of default [6] is stricken. This case is dismissed without prejudice; the dismissal will become with prejudice in 45 days; if necessary the parties have 45 days to reinstate the case. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.